# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3478-DSF(CW) | Date | October 8, 2008 |
|---|---|---|---|
| Title | Paul Deavenport v. Sarah Williamson, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**       (In Chambers)

     Under Fed. R. Civ. P. 41(a)(1) a plaintiff may voluntarily dismiss an action, without a court order, by filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Unless the stipulation states otherwise, the dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

     A stipulation to dismiss the entire action with prejudice (docket no. 32) was filed on October 7, 2008.  That stipulation was signed by all parties who have appeared in this matter.  It indicates that the parties have stipulated and agreed that this entire action be immediately dismissed, with prejudice, as to all parties, and that each party shall pay its own attorney fees and costs.

     Accordingly, **IT IS ORDERED** as follows:

     1.   Defendants' motion to dismiss (docket nos. 11 and 12, filed June 24, 2008) is **MOOT.**

     2.   The clerk shall enter this action as closed, pursuant to Fed. R. Civ. P. 41(a)(1), and the terms of the stipulation (docket no. 32, filed October 7, 2008).


cc:  All Parties or Counsel